United States District Court
Southern District of Texas
**ENTERED**
March 26, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JEISON ROSERO MUÑOZ, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. H-26-1741 |
| | § | |
| RANDY TATE, | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

The petitioner filed his petition for a writ of habeas corpus on March 3, 2026.  (Docket Entry No. 1).  On March 5, 2026, before the respondents were served with the petition and this court's order to answer, they removed the petitioner to Colombia.  (Docket Entry No. 8).  The petitioner proceeded *pro se*.  He has no one to represent him further in this case.

The petition is dismissed, without prejudice.  This case is closed.

SIGNED on March 26, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge